

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2019

No. 04-18-00023-CR

Casey Lane **DAWSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-16-0000128
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice (not participating)
Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court